IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN NAKAO and SHIGEMI NAKAO,<br><br>           Plaintiffs,<br><br>   v.<br><br>INTERNATIONAL DATA SERVICES DBA NATIONAL CREDIT REPORTS (AKA ASSET RECOVERY GROUP); VA'AI ALA (AKA TAMI RICE),<br><br>           Defendants. | )  CIVIL NO. 03-00225 SPK/BMK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER ADOPTING REPORT OF SPECIAL MASTER

The record reflects that a Report of Special Master was issued in this case on December 27, 2004, indicating a denial of Defendants' Bill of Costs. No party sought review under Local Rule 53.2. Accordingly, the Report of Special Master became final when no objection was filed within 20 days of service of the December 27, 2004, Report of Special Master. See Fed. R. Civ. P. 53(g)(2).

The record, however, also reflects that no order was issued that specifically adopted the Report of Special Master. Thus, to the extent it is necessary for administrative purposes to terminate proceedings,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master issued on December 27, 2004, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: January 29, 2007.

_____
Samuel P. King
Senior United States District Judge